## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MITCH BROILES et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-25-1368-G** |
| | ) |
| **STATE FARM FIRE AND** | ) |
| **CASUALTY COMPANY et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### <u>ORDER</u>

On January 7, 2026, a Motion to Dismiss (Doc. Nos. 14, 15) was filed by each Defendant. Plaintiffs have also filed a Motion to Remand (Doc. No. 10), seeking to remand this action to state court.

Due to the remand request, a stay of other pending matters is appropriate. *See Adair v. State Farm Fire & Cas. Co.*, No. CIV-23-1056-JD, 2023 WL 9052020, at *1 (W.D. Okla. Dec. 29, 2023).

IT IS THEREFORE ORDERED that the Motions to Dismiss (Doc. Nos. 14, 15) are hereby STAYED and HELD IN ABEYANCE pending further order of the Court.

IT IS SO ORDERED this 17th day of April, 2026.

CHARLES B. GOODWIN
United States District Judge